PHILIP R. SELLINGER
United States Attorney
DANIEL W. MEYLER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2710
Fax. (973) 297-2010
email: daniel.meyler@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA CAMPBELL, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. HEALTHCARE SUPPLY, LLC, et al., <br><br> *Defendants*. | Hon. Anne E. Thompson <br><br> Civil Action No. 16-cv-9347 (AET) <br><br> **ORDER UNSEALING CERTAIN DOCUMENTS** |

### FILED IN CAMERA AND UNDER SEAL

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS on this 5th day of April, 2022,

ORDERED that:

1. The Complaint shall be unsealed and served upon the defendant by the relator;

2. This Order and the United States' Notice of Election to Decline to Intervene shall be unsealed, and the relator shall serve these documents upon the defendant

-2-

after service of the Complaint;

3. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant;

4. The seal is lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and

8. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

_____
HON. ANNE E. THOMPSON
United States District Judge