PHILIP R. SELLINGER
United States Attorney
ANDREW A. CAFFREY, III
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
Tel.: 973-645-2732
e-mail: andrew.caffrey@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA CAMPBELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. HEALTHCARE SUPPLY, LLC, et al.,<br><br>*Defendants*. | Hon. Anne E. Thompson<br><br>Civil Action No. 3:16-cv-9347 (AET)<br><br>**WITHDRAWAL OF APPEARANCE** |

Please take notice that Assistant U.S. Attorney Anthony J. LaBruna Jr hereby withdraws his appearance in this matter. The United States will be represented by Assistant U.S. Attorney Daniel W. Meyler.

Dated:   Newark, New Jersey
              April 5, 2022

                                                    Respectfully submitted,
                                                    PHILIP R. SELLINGER
                                                    United States Attorney

                                        By:   */s/ Andrew A. Caffrey, III*
                                                    ANDREW A. CAFFREY, III
                                                    Assistant United States Attorney