IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA CAMPBELL,<br><br>Relator,<br><br>v.<br><br>U.S. HEALTH CARE SUPPLY, LLC, *et al*,<br><br>Defendants. | Case No. 16-CV-9347-ZNQ-RLS |

## ORDER

In consideration of the facts and arguments set forth therein, and for good cause shown, the Court hereby **GRANTS** Relator's Motion for Additional Time in which to Serve Complaint (Dkt. 17). Relator shall serve the Complaint in this matter on or before September 2, 2022.

**SO ORDERED** June 17, 2022

Hon. Rukhsanah L. Singh U.S.M.J.

The Clerk of Court is hereby directed to terminate Docket Entry No. 17.