IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HEALTH CARE SUPPLY, LLC D/B/A GLOBAL HEALTHCARE MANAGEMENT, LLC, DBA OXFORD HEALTHCARE SUPPLY, LLC D/B/A ALL-AMERICAN MEDICAL SUPPLY CO., JOHN LETKO, JAMES LETKO, *and* EDWARD LETKO, *individually*,<br><br>Defendants. | Case No. 16-CV-9347-ZNQ-RLS |

## ORDER

Before the Court is Relator's Motion for Leave to File First Amended Complaint Under Seal (Dkt. 20). For the reasons stated therein and for other good cause shown, the Motion is hereby **GRANTED**, and the First Amended Complaint is accepted and filed *nunc pro tunc*, under seal.

Relator is instructed to serve a copy of the First Amended Complaint on the U.S. Attorney's Office for the District of New Jersey, and upon the Attorney General of the United States. The seal shall remain in place for 60 days from the date of this Order, with extensions of that time at the Court's discretion. On or before the end of the seal period or any extension, the Government shall notify the Court whether it intends to intervene.

Dated: Sept. 7, 2022

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

The Clerk of Court is hereby directed to TERMINATE the Motion at Docket Entry No. 20.