PHILIP R. SELLINGER
United States Attorney
DAVID E. DAUENHEIMER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2925
e-mail: david.dauenheimer2@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA CAMPBELL, *Plaintiffs*, v. U.S. HEALTHCARE SUPPLY, LLC, et al., *Defendants*. | Hon. Georgette Castner<br><br>Civil Action No. 16-cv-9347<br><br>**ORDER UNSEALING CERTAIN DOCUMENTS** |

**FILED IN CAMERA AND UNDER SEAL**

The United States and named States having declined to intervene in the Amended Complaint in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the named States respective False Claims Acts, the Court rules as follows:

IT IS on this 2nd day of November, 2022,

ORDERED that:

1. The Amended Complaint shall be unsealed and served upon the defendants by the relator;

2. This Order and the United States' Notice of Election to Decline to Intervene in the Amended Complaint shall be unsealed, and the relator shall serve these documents upon the defendants after service of the Complaint;

`Case 3:16-cv-09347-GC-RLS   Document 26   Filed 11/02/22   Page 2 of 2 PageID: 320`

3.    All other contents of the Court's file in this action still under seal shall remain under seal and not be made public or served upon the defendants;

4.    The seal remains lifted as to all other matters occurring in this action;

5.    Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Parties will solicit the written consent of the United States before requesting that the Court rule or grant its approval.

*Georgette Castner*
HON. GEORGETTE CASTNER
United States District Judge