
2023011114140

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND FIRST AMENDED QUI TAM COMPLAINT, CERTIFICATE OF SERVICE, DEMAND, NOTICE OF YOUR OBLIGATION TO PRESERVE DOCUMENTS, EXHIBITS,** <br> **DOUG KRAMER** <br> **PROCESS SERVER** |
| | DATE: **1/12/2023 1:42:19 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JAMES LETKO, INDIVIDUALLY

Place where served:

11 DUKE CT.   PITTSTOWN  NJ  08867

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

WOULD NOT GIVE NAME

Relationship to defendant   **WITNESS**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'9"-6'0"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*DOUG KRAMER*
DB224B3B04E24CF...

DATE:  01/12/2023                                                                                      L.S.

SIGNATURE OF DOUG KRAMER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:       JASON T. BROWN, ESQ.
PLAINTIFF:      PATRICIA CAMPBELL
DEFENDANT:   U.S. HEALTHCARE SUPPLY, LLC, ET AL
VENUE:            DISTRICT
DOCKET:          3 16 CV 09347 GC RLS
COMMENT: