AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America ex rel. Patricia Campbell, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   16-CV-9347-GC-RLS |
| All-American Medical Supplies, Inc., et al. (see additional sheet for all defendants) | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>Edward Letko, individually
>3222 N.E. 166th Street
>North Miami Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Patrick S. Almonrode
>Brown, LLC
>111 Town Square Place, Suite 400
>Jersey City, NJ 07310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        01/03/2023

_____
*Signature of Clerk or Deputy Clerk*

**16-CV-9347-GC-RLS**

**Full list of Defendants**

1. All-American Medical Supplies, Inc.

2. All-American Medical Supplies, LLC

3. Global Healthcare Management, LLC

4. Oxford Diabetic Supply, Inc.

5. Pulse Innovations, LLC

6. U.S. Healthcare Pharmacy, LLC

7. U.S. Healthcare Supply, LLC

8. Letko Asset Management, LLC

9. Letko Holdings, LLC

10. Letko Investments, LLC

11. Milford Managed Services, LLC

12. Edward Letko

13. James Letko

14. Jon Letko

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   16-CV-9347-GC-RLS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: