20230118121329

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS AND FIRST AMENDED COMPLAINT, EXHIBITS |
|---|---|
| | PROCESS SERVER |
| | DATE: 1/25/2023 5:07:21 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

EDWARD LETKO

Place where served:

3222 N.E. 166TH STREET   NORTH MIAMI  FL  33160

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANE DOE

Relationship to defendant   CO-RESIDENT

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Docusign Court Approved E-Signature**

DATE: ___ / ___ /20___                                                      L.S.

SIGNATURE OF _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**Attempts**
1/21/2023 8:42:00 AM
1/19/2023 3:40:00 PM

ATTORNEY:   JASON T. BROWN, ESQ.
PLAINTIFF:   UNITED STATES OF AMERICA, ET AL
DEFENDANT:  ALL-AMERICAN MEDICAL SUPPLIES, LLC, ET AL
VENUE:      DISTRICT
DOCKET:     3 16 CV 09347 GC RLS
COMMENT: