Alan S. Pralgever, Esq. (002371981)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Avenue
Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for: Defendants Edward Letko and Oxford Diabetic Supply, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. PATRICIA CAMPBELL,<br>　　　　　　　　Plaintiff,<br>v.<br><br>1. ALL-AMERICAN MEDICAL SUPPLIES, INC.,1<br>2. ALL-AMERICAN MEDICAL SUPPLIES, LLC,<br>3. GLOBAL HEALTHCARE MANAGEMENT, LLC,<br>4. OXFORD DIABETIC SUPPLY, INC.,2<br>5. PULSE INNOVATIONS, LLC,<br>6. U.S. HEALTHCARE PHARMACY, LLC,<br>7. U.S. HEALTHCARE SUPPLY, LLC,<br>8. LETKO ASSET MANAGEMENT, LLC,<br>9. LETKO HOLDINGS, LLC,<br>10. LETKO INVESTMENTS, LLC,<br>11. MILFORD MANAGED SERVICES, LLC,<br>12. EDWARD LETKO,<br>13. JAMES LETKO, and<br>14. JON LETKO, HEALTHCARE SUPPLY, LLC D/B/A ALL-CAMERICAN MEDICAL SUPPLY CO., JON LETKO, JAMES LETKO, EDWARD LETKO, Individually, Defendants. | CASE NO. 3:16-cv-09347 |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Defendant Edward Letko with consent of Patrick S. Almonrode, Esq. counsel for Plaintiff and for good cause shown;

**IT IS THEREFORE**, on this this __7th__ day of __February__ 2023

**ORDERED**, that the time for which Defendants Edward Letko and Oxford Diabetic Supply, Inc. may answer or otherwise move with respect to the Complaint be and is hereby extended to March 27, 2023.

THE FORM AND ENTRY OF THIS ORDER
IS CONSENTED TO BY:

GREENBAUM, ROWE, SMITH & DAVIS, LLP
*Attorneys for Defendant Edward Letko*

By: _Alan S. Pralgever_
     Alan S. Pralgever, Esq.

Brown, LLC
*Attorneys for Plaintiff*

By: _/s/ Patrick S. Almonrode_
     Patrick S. Almonrode, Esq.

So Ordered this __7th__ day of __February__, 2023
Hon. Rukhsanah L. Singh, U.S.M.J.