February 3, 2023

U.S. District Court
Room 4015
50 Walnut St
Newark, NJ 07102



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 FEB -7  A 11: 17

Answer to Complaint/Case # 3:16-CV-09347-GC-RLS

I do not have an attorney, because I cannot afford one. I called the court and was told I needed to respond via mail.

I deny all paragraphs of this complaint. Furthermore, I would like to highlight some key areas below.

Unsolicited (cold calls) - claims the defendants made unsolicited calls to Medicare members. All American Medical Supplies never made unsolicited calls to Medicare members. The DOJ began an investigation in late 2016/ early 2017 which ended with the indictment in September 2019. There is no reference of unsolicited (cold) calls in the indictment or plea agreement - 2:19-cr-20652 (E.D. Mich). My brothers Jon and Edward Letko were involved in a settlement relating to unsolicited calls for separate businesses that I was not involved in before I operated All American Medical. Line 10 specially states "a federal grand jury in the Eastern District of Michigan returned an indictment against James Letko and others, alleging conduct virtually identical to the fraud described here" is completely untrue since little of this complaint relates to that case.

Redundancy - the DOJ performed a lengthy investigation and case against All American Medical, myself and others. I pleaded guilty to a portion of the indictment - refilling certain prescriptions without patient consent. This complaint references this area as a small portion but stipulates the customer was initially contacted by unsolicited means. Again all customers of businesses under my control were not contacted by unsolicited means and thus did not violate any solicitation laws. It appears the plaintiff is trying to use my case (which is much different than this complaint) as a means to pull me into this complaint. I have been cooperating with the government with my case and agreed to a very large restitution in addition to agreeing to very large forfeiture seizures that were taken from both businesses under my control along with my wife and my personal bank accounts. This case is redundant to the DOJ case against me and I should be released from it.

Evidence - there is no evidence included in the exhibits that breaks any laws. Also there is little to no evidence relating to businesses under my control - All American Medical.

Relator unrelated - Patricia Campbell was employed by Global Healthcare Management and worked at Keystone Choice Pharmacy in Easton PA. All American Medical was based out of Miramar, Florida. No operations for All American Medical were performed at Keystone Choice Pharmacy so how would the relator be aware of how my businesses operated?

Also I would like to point out issues with the plaintiff's service.

Improper service - On January 12, 2023 between 1:30 and 1:40pm the plaintiff's server was at my residence - 11 Duke Ct, Pittstown, NJ 08867. My wife stated the following in a text to me at 1:40pm that day " Some guy just knocked on the front door trying to hand me legal papers for you. He asked for you. I said no I'm not taking anything. He said he was leaving them anyway and I said no and he dropped them at the foot of the front door and left." That day I was at a proffer with the DOJ until 1:05pm in Newark NJ. I left the parking lot in Newark at 1:38pm after a brief lunch. Please provide details relating to this service as it seems improper and should be investigated.

Regards,

*[signature]*

James Letko
11 Duke Ct
Pittstown, NJ 08867

Lotko
11 Duke Ct
Pittstown NJ 08867

CERTIFIED MAIL
7021 2720 0000 0390 1598

U.S. POSTAGE PAID
FCM LETTER
PITTSTOWN, NJ
08867
FEB 03, 23
AMOUNT
$8.13
R2305H127457-04

RECEIVED
FEB 0 6 2023
AT 8:30 11:16 AM
WILLIAM T. WALSH, CLERK

US District Court
Room 4015
50 Walnut St
Newark NJ 07102