Alan S. Pralgever, Esq. (002371981)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Avenue
Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for: Defendants Edward Letko and Oxford Diabetic Supply, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. PATRICIA CAMPBELL,<br>　　　　　　　　Plaintiff,<br>v.<br><br>1. ALL-AMERICAN MEDICAL SUPPLIES, INC.,1<br>2. ALL-AMERICAN MEDICAL SUPPLIES, LLC,<br>3. GLOBAL HEALTHCARE MANAGEMENT, LLC,<br>4. OXFORD DIABETIC SUPPLY, INC.,2<br>5. PULSE INNOVATIONS, LLC,<br>6. U.S. HEALTHCARE PHARMACY, LLC,<br>7. U.S. HEALTHCARE SUPPLY, LLC,<br>8. LETKO ASSET MANAGEMENT, LLC,<br>9. LETKO HOLDINGS, LLC,<br>10. LETKO INVESTMENTS, LLC,<br>11. MILFORD MANAGED SERVICES, LLC,<br>12. EDWARD LETKO,<br>13. JAMES LETKO, and<br>14. JON LETKO, HEALTHCARE SUPPLY, LLC D/B/A ALL-CAMERICAN MEDICAL SUPPLY CO., JON LETKO, JAMES LETKO, EDWARD LETKO, Individually, Defendants. | CASE NO. 3:16-cv-09347<br><br>**CONSENT ORDER** |

1

8391907.1

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Defendant Edward Letko and Oxford Diabetic Supply, Inc. with consent of Patrick S. Almonrode, Esq. counsel for Plaintiff and for good cause shown;

**IT IS THEREFORE**, on this this 24th day of March 2023

**ORDERED**, that the time for which Defendants Edward Letko and Oxford Diabetic Supply, Inc. may answer or otherwise move with respect to the Complaint be and is hereby extended to April 28, 2023.

THE FORM AND ENTRY OF THIS ORDER
IS CONSENTED TO BY:

GREENBAUM, ROWE, SMITH & DAVIS, LLP
*Attorneys for Defendant Edward Letko*

By: /s/ Alan S. Pralgever
    Alan S. Pralgever, Esq.

Brown, LLC
*Attorneys for Plaintiff*

By: /s/ Patrick S. Almonrode
    Patrick S. Almonrode, Esq.

So Ordered this 24th day of March, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.

2

8391907.1