IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA *ex rel.* PATRICIA CAMPBELL**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. HEALTH CARE SUPPLY, LLC, *et al***, <br><br> Defendants. | Case No. 16-CV-9347-ZNQ-RLS |

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(i)

Relator Patricia Campbell, through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), hereby files this Notice of Dismissal of all claims against Defendants Edward Letko and Oxford Diabetic Supply, Inc.

Relator has obtained the consent of the United States for dismissal of these claims, and is informed that the United States will file written notice of same.

For the avoidance of doubt, Relator does not at this time dismiss any other claims against any other Defendants.

Dated: April 13, 2023

        Respectfully submitted,
        **BROWN, LLC**

        */s/ Patrick S. Almonrode*
        Patrick S. Almonrode
        Jason T. Brown
        111 Town Square Place, Suite 400
        Jersey City, NJ 07310
        (877) 561-0000
        *patalmonrode@jtblawgroup.com*
        *jtb@jtblawgroup.com*