# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **PATRICIA CAMPBELL**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. HEALTH CARE SUPPLY, LLC,** *et al*, <br><br> Defendants. | Case No. 16-CV-9347-ZNQ-RLS |

## STIPULATED DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), the parties hereto stipulate to the dismissal of all claims against Defendants Edward Letko and Oxford Diabetic Supply, Inc., with prejudice as to Relator but without prejudice as to the United States.[1]

Relator has obtained the consent of the United States for dismissal of these claims, and is informed that the United States will file written notice of same.

For the avoidance of doubt, no other claims against any other Defendants are dismissed at this time.

Dated: April 13, 2023                              Respectfully submitted,

**BROWN, LLC**                                    **GREENBAUM ROWE SMITH & DAVIS, LLP**

*/s/ Patrick S. Almonrode*                        */s/ Alan S. Pralgever*
Patrick S. Almonrode                              Alan S. Pralgever
Jason T. Brown                                    75 Livingston Avenue
111 Town Square Place, Suite 400                  Roseland, NJ 07068
Jersey City, NJ 07310                             (973) 577-1818
(877) 561-0000                                    *Apralgever@greenbaumlaw.com*
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*

---

[1] Relator's counsel mistakenly filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i); *see* Dkt. #40.