Clerk's Office
402 E. State Street
Room 2020
Trenton, NJ 08608

June 16, 2023

RECEIVED
JUN 20 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Dear Madam or Sir:

I am answering a complaint. The case number is **3:16-CV-09347-GC-RLS**. I am choosing to represent myself *pro se* and I would like this response to be filed.

In the event there are any questions, my email is jl3tko@gmail.com and my best phone number for contact is (908) 892-2604

Thank you,

Jon P. Letko
50 Melchor Drive
Easton, PA 18042