UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

U.S. POSTAGE PAID
PM
RIEGELSVILLE, PA
18077
JUN 16, 23
AMOUNT
$9.65
R2304M112364-09

FROM:
Jon Letko
50 Melcnor Dr
Easton, PA 18042

RECEIVED
JUN 20 2023
AT 8:30____M
CLERK, U.S. DISTRICT COURT - DNJ

TO: Clerk's Office
NJ District Court
402 E. State Street
Room 2020
Trenton, NJ 08608

EXPECTED DELIVERY DAY: 06/17/23
USPS TRACKING® #