

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*(973) 645-2925*
*David.dauenheimer2@usdoj.gov*

August 10, 2023

Hon. Robert Kirsch
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re:    United States *ex rel*. Campbell v. U.S. Healthcare Supply, LLC et al.
             Civil Action No. 16-cv-9347 (RK)

Dear Judge Kirsch:

    On this day, Relator filed a Notice of Voluntary Dismissal of this action with prejudice to Relator and without prejudice to the United States. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

                                Sincerely,

                                PHILIP R. SELLINGER
                                United States Attorney

                 By:    */s David E. Dauenheimer*
                          David E. Dauenheimer
                          Assistant U.S. Attorney

cc:    Patrick S. Almonrode, Esq.