IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA CAMPBELL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HEALTH CARE SUPPLY, LLC, *et al.*,<br><br>Defendants. | Case No. 16-CV-9347-RK-JBD |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), Relator hereby files this Notice of Dismissal of all claims against all Defendants in this action, with prejudice as to Relator but without prejudice as to the United States.

Relator has obtained the consent of the United States for dismissal of these claims, and is informed that the United States will file written notice of same.

Dated: August 10, 2023

Respectfully submitted,

BROWN, LLC

*/s/ Patrick S. Almonrode*
Patrick S. Almonrode
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000 (office)
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*

*Attorneys for Relator*
*Patricia Campbell*

So ordered this 15th day of August, 2023.

_____
Robert Kirsch, U.S.D.J.